UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.  5:06CR30 |
| | ) | |
| | ) | |
| v. | ) | **ORDER UNSEALING** |
| | ) | **BILL OF INDICTMENT** |
| | ) | |
| WALTER CHARLES HOGUE, ET AL | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment and 851 Notices in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW THEREFORE, IT IS ORDERED that the Bill of Indictment and 851 Notices in the above-captioned case be unsealed.

This the 5-h day of June, 2006.

_Carl Horn, III_
UNITED STATES MAGISTRATE JUDGE

DOCUMENT
SCANNED